No. 580. DONNELLY v. DISTRICT OF COLUMBIA REDEVELOPMENT LAND AGENCY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Horace J. Donnelly, Jr.* and *Warren W. Grimes* for petitioner. Solicitor General *Rankin*, Assistant Attorney General *Morton*, *Roger P. Marquis* and *S. Billingsley Hill* for respondents.

No. 595. GREAT NORTHERN RAILWAY Co. v. BRACY. Supreme Court of Montana. Certiorari denied. *T. B. Weir* and *Edwin S. Booth* for petitioner. *George R. Maury* for respondent.

No. 244, Misc. WEST v. CLEMMER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* Solicitor General *Rankin*, Acting Assistant Attorney General *Ryan* and *Harold H. Greene* for respondents.

No. 340, Misc. SPENCER v. CALIFORNIA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied.

No. 277, Misc. MENNELLI v. OKLAHOMA. Court of Criminal Appeals of Oklahoma. Certiorari denied. Petitioner *pro se.* *Mac Q. Williamson*, Attorney General of Oklahoma, and *Sam H. Lattimore*, Assistant Attorney General, for respondent.

No. 419, Misc. VAN HORN v. HOME OF THE AGED AND ORPHANS OF THE BALTIMORE CONFERENCE, METHODIST CHURCH, SOUTH, INC., ET AL. Supreme Court of Appeals of Virginia. Certiorari denied.